*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Redell D Crabbe<br><br>   Deborah A Crabbe<br><br>   Debtor(s). | Case No. 25−14549−amc<br><br>Chapter: 13 |

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated December 5, 2025, this case is hereby DISMISSED.

**Date: December 23, 2025**

_____
Ashely M. Chan
Chief Judge, United States Bankruptcy Court

Missing Documents:
Attorney Disclosure Statement
Ch. 13 Statement of your current monthly income & calculation of commitment period form 122C−1
Means test calculation form 122C−2
Ch. 13 Plan
Schedules AB−J
Statement of financial affairs
Summary of assets & liabilities